WILLET J. NODINE, Respondent, v. BOSTON, WORCESTER AND NEW YORK STREET RAILWAY COMPANY, Appellant.— Judgment as reduced pursuant to stipulation and order in so far as appealed from affirmed, with costs. No opinion. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Young and Kapper, JJ., dissent and vote for reversal and a new trial on the ground that the finding of the jury that the neurogenic sarcoma was caused by plaintiff's injury is against the weight of the evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTO PANNUCIO, True Name SANTO PANICIO, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BARON, Appellant, v. RAYMOND F. C. KIEB, as Medical Superintendent of the Matteawan State Hospital for the Criminal Insane, Respondent.— Order dismissing writ of habeas corpus affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FELDMAN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Order dismissing writ of habeas corpus affirmed. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ALFRED ROSENBERG, Respondent, v. EDWARD WHITE and KURT P. HELLMUTH, Appellants.— Order denying defendants' motion to change the venue from Rockland county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

A. C. N. THOMPSON, as Executor, etc., of HENRY C. BREWSTER, Deceased, Respondent, v. MARY D. VAIL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HARRY VINTON, Respondent, v. JOSEPH PASSALACQUA, Defendant, and LOUISA PASSALACQUA, Appellant.— Order denying motion of defendant Louisa Passalacqua to set aside the service of the supplemental summons and amended complaint upon her and to vacate the order permitting substituted service affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.